# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARENCE OWENS,** | : | **CIVIL NO. 1:18-CV-2092** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PRIME CARE**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 24th day of June, 2019, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

2. All pending motions are DISMISSED. (Docs. 18, 20, 25).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                        /S/ CHRISTOPHER C. CONNER
                        Christopher C. Conner, Chief Judge
                        United States District Court
                        Middle District of Pennsylvania